UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>JESSE LEE DENNIS (1),<br>JOSHUA ERICK MCDANIEL (2),<br><br>                    Defendants. | Case No. <u>22-cr-00108-JO</u><br><br>**I N F O R M A T I O N**<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(1)(A)(ii) and<br>(v)(II) - Transportation of<br>Certain Aliens and Aiding<br>and Abetting (Felony) |

The United States Attorney charges:

Counts 1-3

On or about December 20, 2021, within the Southern District of California and elsewhere, defendants, JESSE LEE DENNIS and JOSHUA ERICK MCDANIEL, knowing and in reckless disregard of the fact that the aliens listed below, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said aliens and attempted to transport and move said aliens, within the United States, in order to help said aliens remain in the United States illegally:

| Count | Name |
|---|---|
| 1 | Carlos Alvarez-Gutierrez |
| 2 | Abenamar Lopez-Gutierrez |
| 3 | Francisco Yahir Marin-Vazquez |

//

//

DMB:kst:San Diego
1/07/22

1  in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii)

2  and (v)(II).

3       DATED: Jan. 10, 2022  .

4                                      RANDY S. GROSSMAN
                                       United States Attorney

5

6

7                                      DAVID M. BERMAN
                                       Assistant U.S. Attorney

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28